PROBATION FORM NO. 35 (1/92)

**FILED**
2005 FEB -3 A 10: 29

Report and Order Terminating Probation/ Supervised Release Prior to Original Expiration Date

## United States District Court
BRIDGEPORT, CONN

FOR THE

### DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.

Lori Gershon

Criminal #:   3:00CR00211(SRU)

Re: **Early Termination of Supervision**

On **December 18, 2000** the above named was placed on **PROBATION** for a period of **5** years. She has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

Keith P. Barry
U. S. Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in this case be terminated.

Dated this 2nd day of February, 2005.

Stefan R. Underhill
United States District Court Judge